Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9107 Wilshire Blvd., Suite 450
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD LITWIN,<br><br>         Plaintiff,<br><br>    vs.<br><br>BLACKHAWK NETWORK HOLDINGS, INC., TALBOTT ROCHE, WILLIAM Y. TAUSCHER, ANIL D. AGGARWAL, RICHARD H. BARD, THOMAS BARNDS, STEVEN A. BURD, ROBERT L. EDWARDS, MOHAN GYANI, PAUL HAZEN, ROBERT B. HENSKE, ARUN SARIN, and JANE J. THOMPSON,<br><br>         Defendants. | Case No. 3:18-cv-01484-DMR |

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Harold Litwin ("Plaintiff") voluntarily dismisses his individual claims in the captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

1
2  Dated: April 27, 2018                    **WEISSLAW LLP**
3                                           Joel E. Elkins
4                                           By: _____
5                                           Joel E. Elkins
                                            9107 Wilshire Blvd., Suite 450
6                                           Beverly Hills, CA 90210
                                            Telephone:  310/208-2800
7                                           Facsimile:   310/209-2348
                                                    -and-
8                                           Richard A. Acocelli
                                            1500 Broadway, 16th Floor
9                                           New York, NY  10036
                                            Telephone: 212/682-3025
10                                          Facsimile:  212/682-3010
11
                                            *Attorneys for Plaintiff*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERICE**

    I, Joel E. Elkins, hereby certify that on April 27, 2018, I caused a true and correct copy of the foregoing document to be served upon the following parties:

All Parties of Record (via CM/ECF)

_____
Joel E. Elkins